Anna M. C. Wilkin, Respondent, *v.* Charles E. Cunningham et al., Defendants, and Marie L. C. McMorrow et al., Appellants.

*Wilkin v. Cunningham,* 127 App. Div. 946, affirmed.
(Argued November 24, 1909; decided December 14, 1909.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 23, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action to determine title to real property.

*James M. E. O'Grady* for appellants.

*James Breck Perkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight and Chase, JJ. Absent: Vann and Werner, JJ.

---

Richard F. Burke, Appellant, *v.* George B. Mulgrew et al., as Executors of Felix A. Mulgrew, Deceased, Respondents.

*Burke v. Mulgrew,* 127 App. Div. 733, appeal dismissed.
(Submitted December 9, 1909; decided December 14, 1909.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1908, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for services.

*John F. McIntyre* and *William H. Loughran* for appellant.

*Frederick St. John* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Werner, Willard Bartlett and Hiscock, JJ.